234

STRAYER ET AL., APPELLEES, *v.* FEDERATED MUTUAL
INSURANCE COMPANY, APPELLANT.

[Cite as *Strayer v. Federated Mut. Ins. Co.* (1996), 76 Ohio St.3d 234.]

(Nos. 96–1125 and 96–1356—Submitted July
10, 1996—Decided August 7, 1996.)

---

*Clark, Perdue, Roberts & Scott* and *Glen R. Pritchard,* for appellees.

*Hamilton, Kramer, Myers & Cheek, David W. Pryor* and *Stephen E. Tugend,* for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.